IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAHSEEN DAKHEEL SAMO,<br><br>Defendant. | CRIMINAL NO.<br><br>(International Parental Kidnapping, 18 U.S.C. § 1204)<br><br>ELH-26-058 |

FILED ― ENTERED
LOGGED ― RECEIVED

FEB 1 1 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## INDICTMENT

### COUNT ONE
**(International Parental Kidnapping)**

The Grand Jury for the District of Maryland charges that:

From on or about November 16, 2024, through on or about January 27, 2026, in the District of Maryland and elsewhere, the defendant,

**TAHSEEN DAKHEEL SAMO,**

did knowingly remove from the United States and retain outside the United States, a child, that is his son I.S., with the intent to obstruct the lawful exercise of the parental rights of another individual, I.S.'s mother.

18 U.S.C. § 1204

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

2-11-2026
Date